1  Presented to the Court by the foreman of the
   Grand Jury in open Court, in the presence of
2  the Grand Jury and FILED in The U.S.
   DISTRICT COURT at Seattle, Washington.
3
   NOVEMBER 23, 2005
4  BRUCE RIFKIN, Clerk
   By _____ Deputy
5

6

                    UNITED STATES DISTRICT COURT
7                  WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA
8

9  UNITED STATES OF AMERICA,        )   CR05 5828 FDB
                    Plaintiff,      )
10                                  )
        v.                          )   INDICTMENT
11                                  )
   KEVIN TUBBS,                     )
12                                  )
                    Defendant.      )
13 _____)

14 THE GRAND JURY CHARGES THAT:

15

16                           **COUNT 1**
                   **(Malicious Destruction of a Building)**
17
        On or about June 21, 1998, at Olympia, in the Western District of Washington,
18
   KEVIN TUBBS maliciously damaged and destroyed, and aided and abetted in damaging
19
   and destroying, by means of fire and explosives, a building, the National Wildlife
20
21 //
22 //
23 //
24 //           05-CR-05828-INDI
25 //
26 //
27 //
28

INDICTMENT/TUBBS (CR  -  ___) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Research Facility, 9701 Blomberg Street SW, Olympia, Washington, which was then
2  leased to the United States.
3      All in violation of Title 18, United States Code, Sections 844(f) and 2.

A TRUE BILL:

DATED: *November 23, 2005*

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney